RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Josemaria Rios

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEMARIA RIOS,<br><br>Defendant. | Case No. 2:18-cr-028-RFB-VCF-2<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

The defendant, Josemaria Rios, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, files this Unopposed Motion to Modify Conditions of Pretrial Release. This request is based on the Points and Authorities attached hereto.

DATED this 12th day of September, 2018.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                               By: */s/Raquel Lazo*
                                              RAQUEL LAZO
                                              Assistant Federal Public Defender
                                              Attorney for Josemaria Rios

**POINTS AND AUTHORITIES**

1) On January 22, 2018, this court released Mr. Rios on a personal recognizance bond with conditions. *See* PR Bond (#14). One of the conditions required that Mr. Rios submit to location monitoring with GPS. *Id*. (condition #51).

2) Mr. Rios requests that the location monitoring condition be removed. He has been subject to location monitoring for nearly eight months. He has been fully compliant with that condition as well as all his other conditions.

3) Mr. Rios intends of pleading guilty to the charges. He will be filing a Notice of Intent to Plead Guilty without the benefit of a plea agreement in advance of his calendar call.

4) Defense counsel has been in contact with Mr. Rios' pretrial officer. She has confirmed his compliance and has no opposition.

5) Defense counsel has also been in contact with the government. Government counsel submits it to the Court's discretion.

Dated this 12th day of September, 2018.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Josemaria Rios

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSEMARIA RIOS,

    Defendant.

Case No. 2:18-cr-028-RFB-VCF

**ORDER**

    IT IS ORDERED that Mr. Rios' pretrial release conditions shall be modified to remove his location monitoring condition (#51).

    DATED this 12th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 12, 2018, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DAYLE ELIESON
United States Attorney
BRANDON JAROCH
Assistant United States Attorney
501 S. Las Vegas Blvd.
Ste. 1100
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender